IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES MOORE, JR.**                                                                  **PLAINTIFF**
**ADC #129374**

v.               **CASE NO. 4:19-CV-00578-BSM**

**WENDY KELLEY,** *et al*.                                                **DEFENDANTS**

## **ORDER**

After careful review, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 6] is adopted, and Charles Moore Jr.'s complaint [Doc. No. 1] is dismissed without prejudice.

This dismissal constitutes a strike for purposes of 28 U.S.C. section 1915(g) and, pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 12th day of February, 2020.

                                                                      UNITED STATES DISTRICT JUDGE